

# HALLORAN &SAGE LLP
ATTORNEYS AT LAW

DANIEL J. KRISCH   Direct 860-297-4630   krisch@halloransage.com

July 7, 2014

Clerk of the Court
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>Margaret R. Pappas v. Town of Enfield, et al.</u>, 14-2134

Dear Sir/Madam:

  Pursuant to Local Rule 31.2(a)(1)(B), the plaintiff-appellant, Margaret R. Pappas, respectfully requests that she be allowed to file her brief in the above-captioned appeal on or before September 19, 2014.

             Very truly yours,

             Daniel J. Krisch

cc: All counsel of record (via regular mail)

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / New London / Westport / Washington, D.C.

July 7, 2014
Page 2

## CERTIFICATION

This is to certify that on July 7th, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Daniel J. Krisch

3404241v.1