

# JACKSON O'KEEFE

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

433 SILAS DEANE HWY
WETHERSFIELD, CT 06109-2123
860.278.4040  FAX 860.527.2500

97 NORTH MAIN STREET
SOUTHINGTON, CT 06489
860.276.8100  FAX 860.621.3065

From the Desk Of:
Joseph M. Busher, Jr.
JMBusher@jacksonokeefe.com

PLEASE REPLY TO

433 Silas Deane Highway
Wethersfield, CT 06109

September 22, 2014

Clerk of the Court
United States Court of Appeals
For The Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     **Margaret R. Pappas v. Town of Enfield, et al, 14-2134**

Dear Sir/Madam:

Pursuant to Local Rule 31.2(a)(1)(B), the defendant-appellees respectfully request that they be allowed to file their brief in the above-captioned appeal on or before December 18, 2014.

The appellant's brief was filed on September 19, 2014.

Very truly yours,

Joseph M. Busher, Jr.

cc: All counsel of record (via regular mail)

## **CERTIFICATION**

This is to certify that on September 22, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____

Joseph M. Busher, Jr.